IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| HORN | : | 02-3321 |
| WEEKS | : | 02-3363 |
| SCHOREA, et al. | : | 02-3397 |
| KNEPP, et al. | : | 02-2429 |
| VARNER, et al. | : | 02-3501 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

       **AND NOW,** this _____ day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]  -  Order staying these proceedings pending disposition of a related action.

[   ]  -  Order staying these proceedings pending determination of arbitration proceedings.

[   ]  -  Interlocutory appeal filed.

[ X ]  -  Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

       **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Jan E. Dubois, Judge**