IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHYLLIS HORN and <br> IRV HORN <br><br> Plaintiffs, <br><br> v. <br><br> BAYER CORPORATION; <br> BAYER AG; <br> GLAXOSMITHKLINE, PLC; <br> GLAXOSMITHKLINE; <br> SMITHKLINE BEECHAM <br><br> Defendants. | : <br> : <br> : CIVIL ACTION NO. 02-CV-3321 <br> : <br> : <br> : <br> : <br> : ENTRY OF APPEARANCE <br> : <br> : <br> : <br> : <br> : <br> : |

### ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____     _____
Hope S. Freiwald                              Aline Fairweather


_____     _____
Alison T. Conn                                Kirstin J. Miller


                                                DECHERT PRICE & RHOADS
                                                4000 Bell Atlantic Tower
                                                1717 Arch Street
                                                Philadelphia, PA  19103-2793
                                                (215) 994-4000